UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 91-80936-1
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

VENUS COLEMAN,

    Defendant(s).
_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE LATE REPLY

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on March 14, 2005.

This matter is before the Court on Defendant's Motion to File Late Reply Brief, therefore;

IT IS ORDERED that the Motion for Leave to File Late Reply Brief be and the same is hereby GRANTED.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: November 6, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 6, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager