United States District Court
Eastern District of Michigan

Case Number 91-80936-1

UNITED STATES OF AMERICA

                Plaintiff(s),        District Judge Patrick J. Duggan

v.

VENUS COLEMAN,

                Defendant(s).  /

### ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[X] **GRANTED**.(FOR APPEAL)

[ ] **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ] **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s).

[ ] **DENIED**, for the following reasons:

Plaintiff is directed to pay the filing fee by **[Insert Date Certain]**. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

Date: December 12, 2008                    s//PATRICK J. DUGGAN
                                                                     UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on plaintiff and/or counsel of record by U.S. mail or electronic means.

Date: December 12, 2008                    s/Marilyn Orem
                                                                     Deputy Clerk